# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duffin, William E. | Eastern District of Wisconsin | 05/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
517 E. Wisconsin Ave.
Room 250
Milwaukee, WI 53202

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Seventh Circuit Bar Association Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffin, William E. | 05/08/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Darrell A. Francis, SC--wages |
| 2. 2019 | Dr. Andrew Patterson, DDS--wages |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffin, William E. | 05/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Capital One Master Card | Credit Card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Duffin, William E.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   BMO Harris Bank accounts | A | Int./Div. | J | T | | | | | |
| 2.   Edvest 529 plan | | | | | | | | | |
| 3.   --Age-Based Option 18 & Over | C | Int./Div. | K | T | | | | | |
| 4.   Northwestern Mutual Adjustable Comp Life | C | Dividend | L | T | | | | | |
| 5. | | | | | | | | | |
| 6.   IRA #1 | | | | | | | | | |
| 7.   American Funds | | | | | | | | | |
| 8.   --AMCAP Fund-A | A | Int./Div. | J | T | | | | | |
| 9.   --The Income Fund of America-A | A | Int./Div. | J | T | | | | | |
| 10.   --The Bond Fund of America-A | A | Int./Div. | J | T | | | | | |
| 11.   --Fundamental Investors-A | A | Int./Div. | J | T | | | | | |
| 12.   --American Balanced Fund-A (X) | A | Int./Div. | J | T | | | | | |
| 13.   IRA #2 | | | | | | | | | |
| 14.   --American Balanced Fund | A | Dividend | | | Sold | 05/29/19 | L | | |
| 15.   --American Fundamental Investors Fund | A | Dividend | | | Sold | 05/29/19 | L | | |
| 16.   --iShares MSCI EAFE ETF | | None | | | Sold | 01/02/19 | L | | |
| 17.   --iShares Core MSCI Emerg Mkts ETF | | None | | | Sold | 01/02/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Duffin, William E.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | MFS International Growth Fund | | None | | | Sold | 05/29/19 | L | | |
| 19. | MFS Growth | | None | | | Sold | 05/29/19 | M | | |
| 20. | Oppenheimer Global Opportunities Fund | | None | | | Sold | 05/30/19 | K | | |
| 21. | Oppenheimer Developing Markets | | None | | | Sold | 05/30/19 | K | | |
| 22. | Pgim Jennison Global Opportunities | | None | | | Sold | 05/28/19 | K | | |
| 23. | Pgim Short Duration Multi Sector Bond | A | Dividend | | | Sold | 05/29/19 | L | | |
| 24. | Vanguard Divid Apprc ETF | | None | | | Sold | 01/02/19 | L | | |
| 25. | Vanguard Total BD Market ETF | A | Dividend | | | Sold<br>(part) | 01/02/19 | M | | |
| 26. | | | | | | Sold | 05/29/19 | J | | |
| 27. | Franklin Dynatech | | None | | | Sold | 05/29/19 | L | | |
| 28. | JPMorgan Value Advantage | | None | | | Sold | 05/28/19 | L | | |
| 29. | JPMorgan Emerging Markets Equity | | None | | | Sold | 05/29/19 | K | | |
| 30. | Pgim Core Bond Fund | A | Dividend | | | Sold | 05/29/19 | L | | |
| 31. | PGIM Short Term Corporate Bond | A | Dividend | | | Sold | 05/29/19 | L | | |
| 32. | Columbia Acorn Int'l | | None | | | Sold | 05/29/19 | K | | |
| 33. | Columbia Dividend Income | A | Dividend | | | Sold | 05/29/19 | L | | |
| 34. | Columbia Limited Duration Credit | A | Dividend | | | Sold | 05/29/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duffin, William E. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Victory Sycamore Established Value | A | Dividend | | | Sold | 05/29/19 | L | | |
| 36. IShares TR Core US Aggregate BD ETF | B | Dividend | L | T | Buy | 05/29/19 | L | | |
| 37. Artisan High Income Fund Advisor Shares | C | Dividend | L | T | Buy | 05/29/19 | L | | |
| 38. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 39. Artisan Global Opportunities Fund Advisor Shares | A | Dividend | L | T | Buy | 05/29/19 | L | | |
| 40. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 41. Blackrock Commodity Strategies Fund Institutional Class | A | Dividend | K | T | Buy | 05/29/19 | K | | |
| 42. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 43. IShares Inc. MSCI Eurozone ETF | A | Dividend | K | T | Buy | 05/29/19 | K | | |
| 44. Fidelity Advisor Total Bond Fund Class 1 | B | Dividend | L | T | Buy | 05/29/19 | L | | |
| 45. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 46. IShares TR Core MSCI EAFE ETF | C | Dividend | L | T | Buy | 05/29/19 | L | | |
| 47. IShares TR S&P 500 Value ETF | B | Dividend | L | T | Buy | 05/29/19 | L | | |
| 48. Janus Henderson Small Cap Value Fund Class 1 | A | Dividend | K | T | Buy | 05/29/19 | K | | |
| 49. Matthews Pacific Tiger Fund Investor Class | A | Dividend | L | T | Buy | 05/29/19 | L | | |
| 50. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 51. MFS International New Discovery Fund Class 1 | A | Dividend | K | T | Buy | 05/29/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Duffin, William E.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 06/04/19 | J | | |
| 53.  Northern Mid-Cap Index Portfolio | B | Dividend | L | T | Buy | 05/29/19 | L | | |
| 54. | | | | | Buy<br>(add'l) | 06/04/19 | J | | |
| 55.  Northern Stock Index Fund | B | Dividend | M | T | Buy | 05/29/19 | M | | |
| 56. | | | | | Buy<br>(add'l) | 06/04/19 | K | | |
| 57.  PIMCO Income Fund Class 1-2 | C | Dividend | L | T | Buy | 05/29/19 | L | | |
| 58. | | | | | Buy<br>(add'l) | 06/04/19 | J | | |
| 59.  Principal Global Real Estate SEC Fund Instl<br>Class | A | Dividend | K | T | Buy | 05/29/19 | K | | |
| 60. | | | | | Buy<br>(add'l) | 06/04/19 | J | | |
| 61.  PIMCO Short Term Fund Class 1-2 | B | Dividend | L | T | Buy | 05/29/19 | L | | |
| 62. | | | | | Buy<br>(add'l) | 06/04/19 | J | | |
| 63.  Invesco QQQ TR Unit SER 1 | A | Dividend | L | T | Buy | 05/29/19 | L | | |
| 64.  Invesco Oppenheimer Developing Markets<br>Fund Class Y | A | Dividend | K | T | Buy | 05/30/19 | J | | |
| 65. | | | | | Buy<br>(add'l) | 06/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Duffin, William E.** | 05/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William E. Duffin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544